UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JACQUELINE WIGHTMAN,

                        Plaintiff,


           -against-                                    **ORDER TO SHOW CAUSE**
                                                        CV 03-5678 (DRH) (WDW)

COSTELLO MAIONE SCHUCH, INC.
and MICHAEL SCHUCH,
                        Defendant(s).
-----------------------------------------------------------X
**WILLIAM D. WALL, United States Magistrate Judge:**


        The court has received a letter from the parties dated July 14, 2005 indicating that they
have reached a settlement.  Based on the letter, the hearing scheduled for July 15, 2005 was
adjourned without date.  The letter states that the settlement is intended to "encompass any and
all fees directed by the court to be payable by my firm to the plaintiff's attorney."  That does not
relieve defendants' counsel, Patrick S. Mielo, from the sanction of $50 per day **"payable to the
court"** for his failure to register for ECF despite repeated orders of the court that he do so,
entered on July 5, 2005.  *See* 7/05/05 Electronic Order, a copy of which was sent by facsimile to
Mr. Mielo on that date (emphasis added).  That sanction remains in force until a Stipulation of
Discontinuance is signed and the case is closed, or Mr. Mielo presents proof of his registration
for ECF.  To date, Mr. Mielo owes $350, a figure that will increase by $50 for every business day
that Mr. Mielo continues to defy the orders of the court.


        The parties shall file a Stipulation of Discontinuance with District Judge Hurley no later
than July 21, 2005, the date they indicated in their letter.  The undersigned also directs the
parties, in the settlement papers filed with the court, to include a provision that the court will
retain jurisdiction over the settlement agreement, should a dispute arise after the case is closed.
If the parties do not move forward with the proposed settlement, the plaintiff must notify the
court, and  the undersigned will immediately proceed with the hearing originally scheduled for
July 15, 2005.


Dated: Central Islip, New York                    **SO ORDERED:**
           July 15, 2005

                                                   s/ William D. Wall_____
                                                  WILLIAM D. WALL
                                                  United States Magistrate Judge